UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS,

    Plaintiff,

v.

PIERCE COUNTY JAIL *et al.*,

    Defendants.

Case No. C07-5153RJB

ORDER DENYING PLAINTIFF'S MOTION TO AMEND

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has been given leave to proceed *in forma pauperis.* Before the court is plaintiff's motion to amend the complaint (Dkt. # 5). Plaintiff asks the court to drop the persons he names as John or Jane Does, but he does not otherwise address any deficiencies in the complaint.

On April 12, 2007, the court entered an order directing plaintiff to amend the complaint and outlined the deficiencies in the original complaint (Dkt # 8). Plaintiff was given until May 18, 2007, to file an amended complaint.

In light of that order, plaintiff's motion is **DENIED.** Plaintiff needs to file an amended

ORDER PAGE 1

1 complaint that complies with the courts April 12, 2007, order. Plaintiff has until **May 18, 2007**, to
2 comply.
3     The Clerk is directed to send a copy of this Order to plaintiff.
4
5     DATED this 1 day of May, 2007.
6
7                               /S/ *J. Kelley Arnold*
                                J. Kelley Arnold
8                                 United States Magistrate Judge

28 ORDER PAGE 2