UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS,

        Plaintiff,

v.

PIERCE COUNTY JAIL *et al.*,

        Defendants.

Case No. C07-5153RJB

REPORT AND RECOMMENDATION

**NOTED FOR:
November 23, 2007**

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Before the court is defendant Harold Clarke's motion to be dismissed from this action pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt # 46). Defendant Clarke is the Secretary of the Washington State Department of Corrections. Plaintiff named the "Chief of Corrections" in his complaint.

    Plaintiff has responded and states he indented to name the Chief of the Pierce County Department of Corrections, i.e. the Chief of the Jail, not Mr. Clarke (Dkt # 50). Plaintiff agrees defendant Clarke should be dismissed form this action (Dkt. # 50). Defendant Clarke should be **DISMISSED.**

    Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal rules of Civil Procedure, the parties shall have ten (10) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v.

REPORT AND RECOMMENDATION
Page - 1

Arn, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on **November 23, 2007**, as noted in the caption.

DATED this 31 day of October, 2007.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

REPORT AND RECOMMENDATION
Page - 2