UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HILLARY WALLS,

        Plaintiff,

   v.

PIERCE COUNTY JAIL, *et al.*,

        Defendants.

Case No. C07-5153RJB

**ORDER ADOPTING THE REPORT AND RECOMMENDATION AND RE-REFERRING CASE**

    This case comes before the Court on U.S. Magistrate Judge J. Kelley Arnold's Report and Recommendation. Dkt. 53. The Court has considered the relevant documents and the remainder of the file herein.

    Pro se Plaintiff, Hillary Walls, brought this civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 52. The Report and Recommendation recommends dismissal of Harold Clarke, as it appears Plaintiff did not intend to include him as a defendant. Dkt. 53. Plaintiff agrees. Dkt. 50. The Report and Recommendation (Dkt. 53) should be adopted. This case should be re-referred to Judge Arnold.

### III.   <u>ORDER</u>

Therefore, the Court does hereby find and **ORDER**:

    (1)     The Court **ADOPTS** the Report and Recommendation (Dkt. 53);

ORDER - 1

(2) This action is **RE-REFERRED TO JUDGE ARNOLD**; and

(3) The Clerk of the Court is directed to send copies of this Order to Plaintiff and to the Hon. J. Kelley Arnold.

DATED this 26th day of November, 2007.

                                     /s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge

ORDER - 2